IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>   v.<br><br>**Jose Juan Juarez-Andrade**<br><br>Citizen of Mexico | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No.  16-01338MJ-001-PHX-JFM**<br><br>Brenda Michelle Acosta Sandoval, (FPD)<br>Attorney for Defendant |

YOB: 1969                    ICE# A201 023 571

**THE DEFENDANT ENTERED A PLEA OF** guilty on 5/19/2016 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Illegal Entry, a Class B Misdemeanor offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **SIXTY (60) DAYS** on Count 2, with credit for time served.

**IT IS ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED        **FINE:** NONE        **RESTITUTION:** NONE

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence:  **Thursday, May 19, 2016**

   Dated this 20th day of May, 2016.

_____
Honorable James F. Metcalf
United States Magistrate Judge

Case 2:16-mj-01338-JFM   Document 10   Filed 05/20/16   Page 2 of 2

16-01338MJ-001-PHX-JFM                                                                Page 2 of 2
USA vs. Jose Juan Juarez-Andrade

# RETURN

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at

_____ , the institution designated by the Bureau of

Prisons with a certified copy of this judgment in a Criminal case.

_____           _____

United States Marshal                              By:   Deputy Marshal